UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CIVIL ACTION NO. 5:25-CV-00314-KKC

APPALACHIAN REGIONAL HEALTHCARE INC.,                    PLAINTIFF

V.                    **<u>NOTICE OF FILING OF</u>**
**<u>CERTIFIED INDEX OF ADMINISTRATIVE RECORD</u>**

ROBERT F. KENNEDY, JR., Secretary of Health
and Human Services                    DEFENDANT

\* \* \* \* \* \* \* \* \*

A certified list of the contents of the administrative record is attached, and the Secretary of

Health and Human Services on April 20, 2026, shared an electronic copy of the underlying

administrative record with Appalachian Regional Healthcare.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT
UNITED STATES ATTORNEY

BY:    s/ Charles P. Wisdom Jr.
Assistant United States Attorney
260 West Vine St., Ste 300
Lexington, Kentucky 40507-1612
859-685-4903
Charles.Wisdom@usdoj.gov

Elizabeth Davis Stone
Assistant United States Attorney
260 West Vine St., Ste 300
Lexington, Kentucky 40507-1612
859-685-4923
Elizabeth.Stone@usdoj.gov
*Counsel for Secretary of Health and Human*
*Services*

## CERTIFICATE OF SERVICE

On April 22, 2026, I electronically filed this document through the ECF system, which will

send notice of docket activity to:

Steven R. Price
Jennifer L. Wintergerst
*Counsel for Appalachian Regional Healthcare*

s/ Charles P. Wisdom Jr.
Assistant United States Attorney