UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| APPALACHIAN REGIONAL HEALTHCARE, INC. | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 5:25-cv-00314-KKC |
| ROBERT F. KENNEDY, JR. ACTING SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) ) ) | |
| Defendant. | ) | |

C E R T I F I C A T I O N

I, Jacqueline R. Vaughn, Attorney Advisor, Centers for Medicare and Medicaid Services, Department of Health and Human Services, under authority delegated by the Secretary, certify that the documents attached constitute a true and accurate transcript of the official file as furnished by the Provider Reimbursement Review Board (PRRB). These documents are the record of the PRRB's proceedings and actions concerning Hazard ARH Regional Medical Center requests for hearing, under Title XVIII of the Social Security Act, as amended.

Date: September 26, 2025

*Jacqueline Vaughn*
Jacqueline R. Vaughn

Hazard ARH Regional Medical Center
PRRB Decision No. 2025-D39 and
PRRB Decision No. 2021-D14

COURT TRANSCRIPT INDEX

Page No(s).[1]

**PRRB DECISION NO. 2025-D39**
 **(Vol. 1)**

MAC's email received Administrator decline, dated September 2, 2025 — 1-2

Provider's email received Administrator decline, dated September 2, 2025 — 3-5

Email notice, dated September 2, 2025, that the Administrator declines to review PRRB Decision No. 2025-D39 — 6-9

Provider request for Administrator review, dated July 24, 2025 — 10-20

Notices, dated July 9, 2025, of PRRB decision — 21-22

PRRB's Decision 2025-D39, dated July 9, 2025 — 23-41

Notice of Consolidated Record Hearing and Critical Due Dates, dated September 25, 2023 — 42-43

Provider's Brief on Remand, dated July 5, 2023 — 44-61

Scheduling Order: Additional Briefing, dated May 22, 2023 — 62-63

Provider's Request for Briefing Schedule, dated May 17, 2023 — 64-68

PRRB's Notice of Reopening, dated May 4, 2023 — 69-72

Rule 44.1 Motion to File Complaint, dated March 27, 2023 — 73-74

Complaint for Judicial Review and Declaratory and Injunctive Relief Under the Medicare Act, dated May 20, 2021 — 76-91

Provider Email, dated March 13, 2023, confirming receipt of Admininstrator Remand Order — 92

Email Notice of Admininstrator Remand, dated March 13, 2023, with attachments: — 93-102

   March 13, 2023 Notice of Admininstrator Remand,
   March 10, 20223 Admininstrator Remand Order;
   District Court Order, dated August 26, 2023;
   and Joint Motion for Voluntary Remand, dated August 20, 2021

Hazard ARH Regional Medical Center
PRRB Decision No. 2025-D39 and
PRRB Decision No. 2021-D14

## COURT TRANSCRIPT INDEX

Page No(s).[1]

**PRRB DECISION NO. 2021-D14**

**(Vol. 2)**

| | |
|---|---|
| Notice, dated May 20, 2021, that the Administrator declines to review PRRB Decision No. 2021-D14 | 103-105 |
| Administrator's Action, dated May 19, 2021 | 106 |
| Provider's Letter, dated April 9, 2021, regarding Request for Administrator's Review | 107-117 |
| Notices, dated March 24, 2021 of PRRB's Decision 2021-D14 | 118-121 |
| PRRB's Decision 2021-D14, dated March 24, 2021 | 122-135 |
| Transcript of Proceeding, held June 25, 2020 via Live Video Hearing | 136-209 |
| MAC's Letter, dated June 15, 2021, regarding Notice of Video Hearing | 210-212 |
| Provider's Letter, dated June 10, 2020, regarding Contact Information for Hearing | 213-215 |
| PRRB's Notice, dated June 5, 2020, of Video Hearing | 216- 218 |
| Correspondence regarding Provider's Rule 28 Witness List | 219-224 |
| PRRB's Notice, dated March 20, 2020 of Consolidated Telephonic Hearing and Critical  Due Dates – Rescheduled | 225-227 |
| Provider's Letter, dated March 19, 2020, regarding Request to Continue April 16, 2020 Hearing | 228-229 |
| Provider's Letter, dated March 19, 2020, regarding submission of Provider's Final and Responsive Position Papers for PRRB Case No. 18-1545 | 230-423 |

**(Vol. 3)**

| | |
|---|---|
| Provider's Letter, dated March 19, 2020, regarding submission of Provider's Final and Responsive Position Papers for PRRB Case No. 18-1802 | 424-571 |
| Provider's Letter, dated March 19, 2020, regarding submission of Provider's Final and Responsive Position Papers for PRRB Case No. 18-1669 | 572-718 |

Hazard ARH Regional Medical Center
PRRB Decision No. 2025-D39 and
PRRB Decision No. 2021-D14

## COURT TRANSCRIPT INDEX

Page No(s).[1]

**(Vol. 4)**

MAC's Final Position Paper for PRRB Case No. 18-1545                                     719-1034

**(Vol. 5)**

MAC's Final Position Paper for PRRB Case No. 18-1802                                     1035-1212

MAC's Final Position Paper for PRRB Case No. 18-1669                                     1213-1424

**(Vol. 6)**

MAC's Good Faith Effort to Confer for PRRB Case No. 18-1545,
dated January 23, 2020                                                                   1425-1426

Provider's Letters, dated November 26, 2019, regarding Request for Telephonic
      Hearing                                                                            1427-1429
1435

PRRB's Notices of Hearing and Critical Due Dates – Rescheduled, dated November
      25, and November 22, 2019, for PRRB Case Nos. 18-1669 and 18-1545                  1430-1433

Provider's Letters, dated November 8, 2019, regarding Request for Telephonic
      Hearing                                                                            1434-1435

MAC's Preliminary Position Paper for PRRB Case No. 18-1669                               1436-1515

PRRB's Notices of Hearing and Critical Due Dates, dated July 2, 2019, for PRRB Case
      Nos. 18-1669 and 18-1802                                                           1516-1519

MAC's Good Faith Effort to Confer for PRRB Case No. 18-1669, dated June
      20, 2019                                                                           1520

Provider's Preliminary Position Paper, PRRB Case No. 18-1669, dated April 17,
      2019                                                                               1521-1550

PRRB's Notice, dated October 15, 2018, regarding Request to correct fiscal year on
      Appeal Filing                                                                      1551-1553

PRRB's Notices of Acknowledgement and Critical Due Dates                                 1554-1557

3

Hazard ARH Regional Medical Center
PRRB Decision No. 2025-D39 and
PRRB Decision No. 2021-D14

## COURT TRANSCRIPT INDEX

Page No(s).[1]

**(Vol. 6 & 7)**

Provider's Request, dated August 17, 2018, for Hearing for PRRB's Case No. 18-1669
  with Exhibits 1-3 — 1558-1722

**(Vol. 7)**

Provider's Request, dated August 17, 2018, for Hearing for PRRB's Case No. 18-1802
  with Exhibits 1-3 — 1723-1736

PRRB's Notice, dated August 2, 2018, Acknowledgement of Inpatient Psychiatric
Facility Quality Reporting Appeal for PRRB Case No. 18-1545 — 1737-1741

Provider's Request, dated July 31, 2018, for Hearing for PRRB's Case No. 18-1545
  with Exhibits 1-3 — 1742-1752