THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

APPALACHIAN REGIONAL HEALTHCARE, )
INC. )
                                  )
     Plaintiff, )
                                  )
v. )   Civil Action No. 5:25-cv-00314-KKC
                                  )
ROBERT F. KENNEDY, Jr., Secretary, )
United States Department of )
Health and Human Services )
                                  )
     Defendant. )
                                  )

## MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT

Appalachian Regional Healthcare, Inc., by counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(B), for a continuance from the June 8, 2026 deadline to file its Motion for Summary Judgment. In support of this Motion, the Movant states as follows:

1. The Scheduling Order was filed on April 8, 2026, providing Plaintiff until June 8, 2026, to file a Motion for Summary Judgment [Doc. 10].

2. The parties have been diligent and have timely complied with the Scheduling Order to date.

3. This request is made before the expiration of the current June 8 summary judgment filing deadline.

4. Counsel for Defendant contacted Plaintiff's counsel on May 21, 2026, stating a settlement proposal would be finalized and forwarded to Plaintiff the first week of June; and offered

no objection to a motion to continue the June 8 filing deadline for Plaintiff's Motion for Summary Judgment, pending settlement negotiations.

5. This request is not for purposes of delay but is made to conserve the resources of the parties and the Court while the parties make a good faith effort to settle this case.

Wherefore, the Movant respectfully requests that this Court enter an Order granting a continuance in this matter pending settlement discussions.

> Respectfully submitted,
>
> /s/ Stephen R. Price, Sr.
> Stephen R. Price, Sr.
> Carole D. Christian
> BRICKER GRAYDON WYATT LLP
> 400 West Market Street, Suite 2000
> Louisville, KY  40202
> sprice@bricker.com
> cchristian@bricker.com
>
> *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of foregoing and the tendered Order were electronically filed this 26th day of May, 2026 with the Clerk of this Court using the KCOJ e-filing system, which will send notice of electronic filing to all counsel of record.

> */s/ Stephen R. Price, Sr.*
> Stephen R. Price, Sr.

110024232.1

2