THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| APPALACHIAN REGIONAL HEALTHCARE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:25-cv-00314-KKC |
| | ) | |
| ROBERT F. KENNEDY, Jr., Secretary, United States Department of Health and Human Services | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Upon consideration of the Motion for Continuance, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion is GRANTED. The deadline for Plaintiff to submit its Motion for Summary Judgment has been continued pending settlement discussions by the parties.  The parties shall jointly report to the Court by July 8, 2026, the status of their negotiations and whether further amendments to the Scheduling Order are needed.

Date this the ___ day of _____, **2026**.

.

Signed by:

_____

Karen K. Caldwell
United States District Judge

Tendered by:


/s/ Stephen R. Price, Sr.
Stephen R. Price, Sr.
Carole D. Christian
BRICKER GRAYDON WYATT LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
sprice@bricker.com
cchristian@bricker.com

Counsel for Plaintiff


110024298.1