THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

APPALACHIAN REGIONAL HEALTHCARE, INC.

      Plaintiff,

v.

ROBERT F. KENNEDY, Jr., Secretary,
United States Department of
Health and Human Services

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 5:25-cv-00314-KKC

**ORDER**

Upon consideration of the Motion for Continuance, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion is GRANTED. The deadline for Plaintiff to submit its Motion for Summary Judgment has been continued pending settlement discussions by the parties. The parties shall jointly report to the Court by July 8, 2026, the status of their negotiations and whether further amendments to the Scheduling Order are needed.

Date this the 27th day of **May 2026**.

*Karen K. Caldwell*

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY